UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

WILLIAM SCHULTZ, an individual.,

                  Plaintiff,

                  -against-

WEATHERHUNTERS, INC., a New York Corporation, AL ROKER ENTERTAINMENT, INC., a New York Corporation, AL ROKER an individual AND LISA TUCKER, an individual.

                  Defendants.

------------------------------------------------------------ x

1:24-cv-02852 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the parties' submissions regarding Defendants WeatherHunters, Inc., Al Roker Entertainment, Inc., Al Roker, and Lisa Tucker's request for a pre-motion conference in relation to their anticipated motion to dismiss pursuant to Fed. R. Civ. P. 12(b). (ECF Nos. 18-19). Defendants' requests for a pre-motion conference is **DENIED**. Defendants are **GRANTED** leave to file their motions to dismiss. Unless the parties jointly submit an alternative, the Court sets the following briefing schedule:

      Opening brief due by **October 8, 2024**

      Opposition brief due by **October 29, 2024**

      Reply brief due by **November 5, 2024**

**SO ORDERED.**

Dated:   **September 16, 2024**
               **New York, New York**

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**