**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

WILLIAM SCHULTZ,                                     :
                                                     :
              Plaintiff,                      :     24-CV-2852 (ALC) (OTW)
                                                     :
           -against-                         :     **ORDER**
                                                     :
WEATHERHUNTERS, INC., et al.,                        :
                                                     :
             Defendants.                     :
                                                     :
                                                     :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed the Plaintiff's response to the Order to Show Cause filed at ECF 56. It is hereby **ORDERED** that the parties shall meet and confer promptly. Within one week from the date of this Order, the parties are directed to file a joint letter on the docket proposing three additional available dates for a new Initial Case Management Conference, to be scheduled during the week of March 16 or March 23.

Furthermore, the parties shall discuss the remedies proposed by Plaintiff's counsel in their letter and address them in the joint submission.

**SO ORDERED.**

 

_s/ Ona T. Wang_

Dated: February 17, 2026                **Ona T. Wang**
      New York, New York              United States Magistrate Judge