UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM SCHULTZ, an individual,

                Plaintiff,

      -against-

WEATHERHUNTERS, INC., a New York
Corporation, AL ROKER ENTERTAINMENT,
INC., a New York Corporation, AL ROKER an
individual and LISA TUCKER, an individual,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/17/2026

24 Civ. 2852 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On March 16, 2026, this case was reassigned to the undersigned.  The parties are directed to download and review the undersigned's Individual Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-analisa-torres.  In addition, by **March 25, 2026**, the parties shall file a joint status update in this matter.  The status update shall indicate whether Plaintiff continues to seek leave to file a motion to dismiss Defendants and Counter-Plaintiffs' counterclaims, *see* ECF Nos. 51, 52, and if there are any other motions still pending.

      SO ORDERED.

Dated: March 17, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge